In the Matter of the Petition of AMALIA D. FELDHUS, as Executrix, etc., of FREDERICK G. FELDHUS, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of FREDERICK G. FELDHUS, Deceased, Late of the Borough of Brooklyn, County of Kings, City of New York. FRANCESCA E. D. H. SCHAEFER, Appellant; AMALIA D. FELDHUS, as Executrix, etc., of FREDERICK G. FELDHUS, Deceased, Respondent.— In a proceeding instituted in the Surrogate's Court of the county of Kings, by the petitioner, the widow of the testator, here respondent, for a judicial determination as to the construction of the " Third " clause of the last will and testament of the deceased, decree construing that clause to the effect that it was the intention of the testator by said provisions that the widow should receive an absolute estate in the entire residue thereof, subject to divestment as to two-thirds thereof in the event of her remarriage, and until the happening of such event her ownership is absolute, and awarding other consistent and appropriate relief, together with the order granting reargument and on reargument denying a motion " for an alteration of the result previously obtained," severally unanimously affirmed, with costs, payable by the appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [165 Misc. 122.]

In the Matter of the Application of ROBERT F. MOSBACK, Appellant, to Compel ALOIS A. MOSBACK, as Executor, etc., of ELIZABETH D. MILLER, Deceased, Respondent, to Pay the Legacy as Directed in the Will.— In a proceeding instituted by the petitioner, Robert F. Mosback, in the Surrogate's Court of Queens county to compel Alois A. Mosback, executor of and trustee under the last will and testament of Elizabeth D. Miller, deceased, to pay to the petitioner income claimed to be due to him under said will, the application was denied by the surrogate and an order entered denying it. From that order the petitioner appeals. Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Petition of MARCELLA MURPHY to Render and Settle Her Account as Administratrix, etc., of MICHAEL MURPHY, Deceased. ANNE M. KELLY, Appellant; MARCELLA MURPHY, as Administratrix, etc., of MICHAEL MURPHY, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county, settling the accounts of the administratrix, unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.